No. 5339.—CALAF ET AL., apltes, *v.* DOMENECH, TESORERO, apldo.—
C. D. San Juan. 
Julio 20, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, el Tesorero de Puerto Rico preparó una planilla a nombre de la parte demandante en la que se imponían contribuciones sobre ingresos retenidos en el origen por los intereses que pagó la referida demandante por un préstamo sin hipoteca que concertó con L. W. & P. Armstrong en la ciudad de Nueva York, Estado de Nueva York, donde dicha sociedad reside y hace sus negocios, sin que tenga negocio, oficina o agente en esta isla: y también por comisiones cobradas por dicha sociedad por las ventas que hizo en los Estados Unidos de azúcares del demandante:

POR CUANTO, el demandante pagó bajo protesta la cantidad de $701.89 por los conceptos expresados y habiendo establecido este pleito para que dicha cantidad le sea devuelta sostuvo la corte inferior la cuestión opuesta a la demanda de no aducir hechos determinantes de causa de acción y dictó sentencia declarando sin lugar la demanda:

POR CUANTO, esa sentencia fué apelada por el demandante:

POR CUANTO, la cuestión envuelta en este litigio ha sido resuelta por este Tribunal Supremo de acuerdo con la teoría del demandante, en el caso de *Gallardo* v. *United Porto Rican Sugar Co.,* 42 D.P.R. 646:

POR TANTO, debemos *revocar* y *revocamos* la sentencia apelada y se devuelve el caso a la corte inferior para ulteriores procedimientos, sin especial condena de costas.

No. 5340.—CALAF, ET AL., apltes., *v.* DOMENECH, TESORERO, apldo.—
C. D. San Juan. 
Julio 20, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, la cuestión envuelta en este pleito es exactamente igual a otra entre las mismas partes que hemos resuelto hoy, con la sola diferencia en la cantidad que los demandantes pagaron bajo protesta, que en este caso es de $191.22, cuya devolución reclama:

POR CUANTO, por entender la corte inferior que la demanda no aduce hechos determinantes de causa de acción dictó sentencia declarándola sin lugar y fué apelada:

POR TANTO, por los motivos de nuestra opinión en el caso de *Gallardo* v. *United Porto Rican Sugar Co.,* 42 D.P.R. 646, *se revoca* la sentencia apelada, sin especial condena de costas, y se devuelve el caso a la corte inferior para ulteriores procedimientos.